# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN GREENE** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 19-4734** |
| **v.** | : | |
| | : | |
| **MARVIN GRAAF,** *et al.*, | : | |
| *Defendant* | : | |

# ORDER

AND NOW, this 30th day of October, 2019, upon consideration of Plaintiff John Greene's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum as to the following Defendants: Marvin Graaf, Jessica Mellen Graaf, Eric Williams, Legacy, Paul J. Furlong, Matthew Craig Fallon, Joan Thomas, Liberti Church (named in Civ. A. No. 3497 as "Liberty Church"), Market Street Village, TD Bank, PMC Properties, Michael Brooks, Onedia Brooks, School District of Philadelphia, Shawn Murray, CVS, Impact Imports, Jonathan Edward Stratton, WalGreenes, Faye Riva Cohen, Todd Berk, Xfinity, Broad Street Ministries, Well Fargo, Kenneth Kapner, Jonathan Van Dusen, East Falls Business District, John Thomas, Michael Purzycki, Wilmington Library, and Comcast SEE (sic, should read "CEO") Bryan Roberts.

4. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum as to the following Defendants: Staples, Florence Anderson, Falls Taproom, Cresheim Valley Grain Exchange, Susan Johnson, Department of Corrections, Michael

Greenee, Verizon Network, Philadelphia Library, Wilmington Post Office, and Office of Disciplinary Counsel.

5. Greene may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must comply with the criteria set forth in the Court's accompanying Memorandum. If Greene fails to follow the Court's criteria, his pleading may be subject to dismissal for failure to state a claim or comply with Rule 8.

6. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

7. The Clerk of Court is **DIRECTED** to send Greene a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Greene may use this form to file his amended complaint if he chooses to do so. If Greene fails to file an amended complaint in accordance with this Order, his case may be dismissed without further notice for failure to prosecute.

                                                    **BY THE COURT:**

                                                    /s/ *Nitza I. Quiñones Alejandro*
                                                    **NITZA I. QUIÑONES ALEJANDRO**
                                                    *Judge, United States District Court*